AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Otero, Samuel J. | 2. Court or Organization  U.S. District Court | 3. Date of Report  05/10/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge, Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address  United States District Court  312 North Spring Street Suite 244-P  Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Judicial Board Member | Association of Business Trial Lawyers |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | California Judges Retirement Plan; Pension Upon Retirement, Age 63 |
| 2. 1988 | Los Angeles Employees Retirement Plan; Pension Upon Retirement, Age 55 |
| 3. | |

Otero, Samuel J.

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/2010 | Los Angeles Employee Retirement Pension | $16,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/2010 | Los Angeles Unified School District |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | 04/09 - 04/11 | Phoenix, Arizona | Program Participant | Meals, Hotel, Transportation |
| 2. | U.S. Department of Justice | 12/15 - 12/17 | Columbia, South Carolina | National Advocacy Center Program Participant | Meals, Hotel, Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. L.A. I.P. Inn of Court | Membership | $750.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae | Student Loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin California Tax Free Income Fund | A | Dividend | J | T | | | | | |
| 2. Galliard Stable Value (LA Def. Comp.Wash. Mutual Liquid) | A | Interest | J | T | | | | | |
| 3. First Investors Cash Management Fund A (brokerage acct #1) | A | Dividend | J | T | Sold (part) | 02/02/10 | J | | |
| 4. First Investors Investment Grade Fund A (brokerage acct #1) | A | Dividend | K | T | | | | | |
| 5. First Investors Fund for Income (brokerage acct #1) | A | Dividend | J | T | | | | | |
| 6. First Investors Government Fund (brokerage acct #1) | A | Dividend | | | Sold | 02/02/10 | K | | |
| 7. Oppenheimer Discovery Fund | B | Dividend | K | T | | | | | |
| 8. Oppenheimer Equity Fund | B | Dividend | K | T | | | | | |
| 9. Aviva Life Insurance Strategy Select | B | Dividend | K | T | | | | | |
| 10. Great American Life Insurance | A | Dividend | K | T | | | | | |
| 11. First Investors Growth & Income Fund (X br. acct #1) | B | Dividend | J | T | Sold (part) | 01/11/10 | J | | |
| 12. First Investors Situations Fund A (X br. acct #1) | A | Dividend | J | T | | | | | |
| 13. First Investors Global Fund A (X br. acct #1) | A | Dividend | K | T | Sold (part) | 01/21/10 | K | | |
| 14. First Investors Total Return fund (X br. acct #1) | B | Dividend | L | T | Buy | 12/13/10 | L | | |
| 15. California Ins Tax Exempt Fund (X br. acct #1) | C | Dividend | | | Sold | 12/03/10 | L | | |
| 16. First Investors Select Growth Fund A (X br. acct #1) | A | Dividend | J | T | Sold (part) | 01/11/10 | J | | |
| 17. First Investors Int'l Fund A (X br. acct #1) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Investors Value Fund (x brokerage acct #1) | A | Dividend | K | T | Buy | 12/13/10 | K | | |
| 19. Bank of America (X "common" brokerage account #2) | A | Dividend | K | T | Buy | 01/12/10 | K | | |
| 20. Bank of America (X "common" brokerage account #2) | A | Dividend | K | T | Buy | 03/29/10 | J | | |
| 21. Bank of America (X "common" brokerage account #2) | A | Dividend | K | T | Buy | 06/29/10 | J | | |
| 22. Bank of America (X "common" brokerage account #2) | A | Dividend | K | T | Buy | 07/12/10 | J | | |
| 23. Bank of America (X "common" brokerage account #2) | A | Dividend | K | T | Buy | 07/19/10 | J | | |
| 24. Bank of America (X "common" brokerage account #2) | A | Dividend | K | T | Sold (part) | 08/02/10 | K | | |
| 25. Bank of America (X "common" brokerage account #2) | A | Dividend | K | T | Buy | 08/09/10 | K | | |
| 26. Bank of America (X "common" brokerage account #2) | A | Dividend | K | T | Sold (part) | 08/24/10 | K | | |
| 27. Bank of America (X "common" brokerage account #2) | A | Dividend | K | T | Buy | 10/01/10 | J | | |
| 28. Bank of America (X "common" brokerage account #2) | A | Dividend | K | T | Buy | 10/05/10 | J | | |
| 29. Bank of America (X "common" brokerage account #2) | A | Dividend | K | T | Buy | 11/04/10 | K | | |
| 30. Bank of America (X "common" brokerage account #2) | A | Dividend | K | T | Buy | 11/05/10 | J | | |
| 31. Ford Motor (X "common" brokerage account #2) | A | Dividend | K | T | Buy | 01/11/10 | J | | |
| 32. Ford Motor (X "common" brokerage account #2 | A | Dividend | K | T | Buy | 01/12/10 | J | | |
| 33. Ford Motor (X "common" brokerage account #2 | A | Dividend | K | T | Buy | 01/25/10 | J | | |
| 34. Ford Motor (X "common" brokerage account #2 | A | Dividend | K | T | Buy | 03/18/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ford Motor (X "common" brokerage account #2 | A | Dividend | K | T | Buy | 03/19/10 | J | | |
| 36. Ford Motor (X "common" brokerage account #2 | A | Dividend | K | T | Sold (part) | 05/06/10 | K | | |
| 37. Ford Motor (X "common" brokerage account #2 | A | Dividend | K | T | Sold (part) | 05/07/10 | J | | |
| 38. Ford Motor (X "common" brokerage account #2 | A | Dividend | K | T | Buy | 06/24/10 | J | | |
| 39. Ford Motor (X "common" brokerage account #2 | A | Dividend | K | T | Buy | 06/25/10 | J | | |
| 40. Ford Motor (X "common" brokerage account #2 | A | Dividend | K | T | Buy | 06/28/10 | J | | |
| 41. Ford Motor (X "common" brokerage account #2 | A | Dividend | K | T | Sold (part) | 07/22/10 | K | | |
| 42. Ford Motor (X "common" brokerage account #2 | A | Dividend | K | T | Buy | 08/10/10 | K | | |
| 43. Ford Motor (X "common" brokerage account #2 | A | Dividend | K | T | Sold (part) | 08/24/10 | K | | |
| 44. Ford Motor (X "common" brokerage account #2 | A | Dividend | K | T | Buy | 10/06/10 | J | | |
| 45. Ford Motor (X "common" brokerage account #2 | A | Dividend | K | T | Buy | 12/29/10 | K | | |
| 46. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Buy | 01/20/10 | J | | |
| 47. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Sold (part) | 01/21/10 | K | | |
| 48. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Buy | 01/25/10 | K | | |
| 49. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Sold (part) | 01/29/10 | K | | |
| 50. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Buy | 02/02/10 | K | | |
| 51. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Sold (part) | 03/19/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100.000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Buy | 03/22/10 | K | | |
| 53. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Buy | 03/24/10 | K | | |
| 54. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Buy | 05/10/10 | J | | |
| 55. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Sold (part) | 07/22/10 | K | | |
| 56. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Buy | 10/01/10 | J | | |
| 57. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Buy | 10/05/10 | J | | |
| 58. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Buy | 10/08/10 | J | | |
| 59. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Buy | 11/09/10 | J | | |
| 60. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Sold (part) | 12/23/10 | K | | |
| 61. SPDR Gold Trust (X "common" brokerage account #2) | B | Dividend | | | Sold (part) | 12/28/10 | J | | |
| 62. CitiGroup CX "common" brokerage | B | Dividend | J | T | Buy | 01/12/10 | J | | |
| 63. CitiGroup CX "common" brokerage | B | Dividend | J | T | Buy | 01/26/10 | J | | |
| 64. CitiGroup CX "common" brokerage | B | Dividend | J | T | Buy | 03/12/10 | J | | |
| 65. CitiGroup CX "common" brokerage | B | Dividend | J | T | Sold (part) | 04/22/10 | J | | |
| 66. CitiGroup CX "common" brokerage | B | Dividend | J | T | Buy | 04/19/10 | J | | |
| 67. CitiGroup CX "common" brokerage | B | Dividend | J | T | Sold (part) | 05/10/10 | J | | |
| 68. CitiGroup CX "common" brokerage | B | Dividend | J | T | Buy | 06/29/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br>(2)<br>Date<br>mm/dd/yy | <br>(3)<br>Value<br>Code 2<br>(J-P) | <br>(4)<br>Gain<br>Code 1<br>(A-H) | <br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. CitiGroup CX "common" brokerage | B | Dividend | J | T | Buy | 07/12/10 | J | | |
| 70. CitiGroup CX "common" brokerage | B | Dividend | J | T | Sold (part) | 08/24/10 | J | | |
| 71. CitiGroup CX "common" brokerage | B | Dividend | J | T | Buy | 11/04/10 | J | | |
| 72. CitiGroup CX "common" brokerage | B | Dividend | J | T | Buy | 11/05/10 | J | | |
| 73. BP PLC (x "common" brokerage) | | None | | | Buy | 04/20/10 | K | | |
| 74. BP PLC (x "common" brokerage | | None | | | Buy | 04/26/10 | J | | |
| 75. BP PLC (x "common" brokerage | | None | | | Sold | 04/30/10 | K | | |
| 76. Alamo Energy (x "common" brokerage acct #2) | | None | J | T | Buy | 04/05/10 | J | | |
| 77. Alamo Energy (x "common" brokerage acct #2 | | None | J | T | Buy | 12/27/10 | J | | |
| 78. Berkshire (x "common" brokerage acct #2) | | None | | | Buy | 04/20/10 | J | | |
| 79. Berkshire (x "common" brokerage acct #2) | | None | | | Buy | 04/26/10 | ·J | | |
| 80. Berkshire (x "common" brokerage acct #2) | | None | | | Sold | 05/07/10 | K | | |
| 81. Apple (x "common" brokerage acct #2) | A | Dividend | K | T | Buy | 10/15/10 | K | | |
| 82. Apple Inc (X brokerage account #2) | A | Dividend | K | T | Buy | 10/15/10 | K | | |
| 83. Apple (x "common" brokerage acct #2 | A | Dividend | K | T | Buy | 12/29/10 | K | | |
| 84. Matthews Pacific Tiger Fund x "common" brokerage acct #2) | A | Dividend | J | T | Buy | 11/09/10 | J | | |
| 85. Johnson & Johnson (x "common" acct #2) | A | Dividend | J | T | Buy | 12/29/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. I Shares Silver (x "common" brokerage acct #2) | A | Dividend | J | T | Buy | 12/29/10 | J | | |
| 87. United States Savings Bond | A | Dividend | J | T | | | | | |
| 88. Chase Bank Account Joint | B | Interest | K | T | | | | | |
| 89. L.A. Federal Credit Union Accounts | B | Interest | M | T | | | | | |
| 90. Calif Credit Union | A | Interest | J | T | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The majority of the "buy" transaction activity for the first investors trust funds reported in Section VII are actually exchanges and transfers within the first investors family of funds. The funds reported in section VII items 6 and 15 were not owned at the end of the reporting period.

In September 2009 ▓▓▓▓ I opened brokerage account #2. The stock held in the account is reported in Section VII items 19 through 86. BP PLC, Alamo Energy and Berkshire stock reported in Section VI item 46, 73 and 78 were not owned at the end of the reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Samuel J. Otero

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544